# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TRAVIS WOOLFOLK,                                                                          PLAINTIFF
ADC #143923

v.                            5:16CV00325-SWW-JTK

ADAMS                                                                                DEFENDANT

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to state a claim. The relief sought is denied.

The Court certifies that an in forma pauperis appeal from this Judgment and accompanying Order would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ADJUDGED this 4th day of January, 2017.

                                                           /s/Susan Webber Wright
                                                           UNITED STATES DISTRICT JUDGE